PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jameel Dixon                          **Docket Number:** 07-00791-001
                                                                                                            **PACTS Number:** 50169

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
                                                                           UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 08/13/2008

**Original Offense:** Possession of a Firearm by a Convicted Felon, 18 § USC 922(g)(1)

**Original Sentence:** 46 months imprisonment; 3 years supervised release. Special conditions: drug and mental health aftercare.

**Type of Supervision:** Supervised Release               **Date Supervision Commenced:** 01/04/11

**Assistant U.S. Attorney:** Jacob Elberg, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Peter Carter, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On March 28, 2011, the offender was arrested by the Jersey City Police Department, and was charged with the law violations of two counts aggravated assault by attempting to cause serious bodily injury to two police officers and by knowingly and purposely attempting to take control over a police officers firearm or other weapon, while the police officer was in the performance of his duties, specifically a police officer's PR24 baton. Dixon is currently in the Hudson County Jail unable to post bail on the charges. |

PROB 12C - Page 2
Jameel Dixon

2. The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender used marijuana and PCP on February 4, 2011, as evidenced by a positive urine specimen submitted on February 7, 2011, and by his own voluntary verbal and written admission.

The offender also used marijuana on January 7, 2011, as evidenced by his own voluntary verbal and written admission.

3. The offender has violated the mandatory supervision condition which states '**Failure to submit drug test**'

Pursuant to the Code-A-Phone random urine monitoring program, the offender failed to report to the Jersey City Medical Center Program for the submission of urine specimens on February 14, February 16, February 25, March 3, March 8, and March 17, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

*Kevin J. Mullens*
By: Kevin J Mullens
Senior U.S. Probation Officer
Date: 3/31/11

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/1/2011
_____
Date

# MEMORANDUM

**Date:** March 31, 2011

**From:** Kevin J Mullens
Senior U.S. Probation Officer

**Subject:** Request to Seal the Warrant

**To:** Honorable Stanley R. Chesler
United States District Judge



Attached is a Petition for Warrant relative to alleged violations of probation or supervised release. The Probation Office respectfully recommends that Your Honor order the following:

> A warrant shall be issued for the offender's arrest due to violation of the conditions of supervision. In the interest of safety, this Petition shall <u>be sealed</u> until such time as the warrant is executed and upon further order of the Court.
>
> Upon the offender's arrest, a hearing shall be scheduled to address the violation noted herein.

Thank you for Your Honor's attention to this matter.

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

March 31, 2011

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Court Judge
Frank R. Lautenberg U.S. Post Office and Courthouse
Room 417
P.O. Box 999
Newark, New Jersey 07101-0999

RE: **DIXON, Jameel**
Dkt. No.: 07-CR-791-001

**R E P O R T  O F  N E W
ARREST/WARRANT REQUESTED**

Dear Judge Chesler:

The above-mentioned offender appeared before Your Honor for sentencing on August 13, 2008, upon being convicted of Possession of a Firearm by a Convicted Felon. On said date, Dixon was sentenced to forty-six (46) months imprisonment, with three (3) years of supervised release imposed upon his release from custody. While on supervised release he was ordered to comply with special conditions of drug aftercare, and mental health treatment.

Dixon was released from custody on January 4, 2011, and has been under the supervision of our office to date.

On March 28, 2011, the offender was arrested by the Jersey City Police Department, and was charged with the law violations of two counts aggravated assault by attempting to cause serious bodily injury to two police officers and by knowingly and purposely attempting to take control over a police officers firearm or other weapon, while the police officer was in the performance of his duties, specifically a police officer's PR24 baton. Dixon is currently in the Hudson County Jail unable to post bail on the charges.

Given the offender's re-involvement in criminal activity, drug use, and failure to comply with the Code-A-Phone random urine monitoring system, as detailed in the attached Probation Form 12C, we are respectfully requesting the issuance of a warrant for the offender. This warrant would be lodged as a detainer, as the offender is currently in the Hudson County Jail unable to make bail on the new charges. Should Your Honor require additional information or wish to discuss the matter further we will be available at your convenience.

Very truly yours,

Wilfredo Torres, Chief
U.S. Probation Officer

*Kevin J Mullens*
By: Kevin J. Mullens
Senior U.S. Probation Officer

/kjm